JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Screen Actors Guild, Inc., | NO. CV 08-04057 SJO (JCx) |
| Petitioner, | |
| v. | **JUDGMENT CONFIRMING ARBITRATION AWARD** |
| Digging to China Productions, LLC and Gallery Motion Pictures, Inc., | |
| Respondents. | |

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in this proceeding as follows:

1.    The arbitration award in SAG Case No. 2000-0292, dated June 30, 2004, and executed by Arbitrator Sara Adler is confirmed in all respects.

2.    Respondents are ordered to pay: (a) to Petitioner on behalf of affected performers, the sum of $207,700.00; (b) to Petitioner as and for Petitioner's attorney's fees incurred in this action, the sum of $1,800.00; and (c) to Petitioner as and for Petitioner's costs incurred in this action, the sum of $600.00.

3.      Petitioner is hereby granted an irrevocable assignment of any monies received or to be received by Respondents from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "Digging to China."

IT IS SO ORDERED.

July 23, 2008                                                /S/ S. James Otero

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE